

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Jeremy Dakota Murrieta, Appellant

No. 06-24-00083-CR      v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR18-036). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the ruling of the court below. We affirm the trial court's order denying Murrieta's request for post-conviction DNA testing.

We note that the appellant, Jeremy Dakota Murrieta, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 3, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk